# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JEAN CARLOS RIVERA MARTINEZ, | Case No. 3:20-cv-00463-MMH-MCR |
| Plaintiff, | |
| v. | |
| AMAZON.COM SERVICES, LLC f/k/a AMAZON.COM SERVICES, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Defendant Amazon.com Services LLC hereby gives notice to the Court that, at the April 20, 2021 settlement conference, the parties reached a total settlement of Plaintiff Jean Carlos Rivera Martinez's claims with prejudice, with each party to bears his or its own attorneys' fees and costs.

DB1/ 120686899.1

Dated this 21st day of April, 2021.   Respectfully submitted,

/s/*Mark E. Zelek*
Mark E. Zelek
  Florida Bar No. 667773
  Email:  mark.zelek@morganlewis.com
Joseph D. Magrisso
  Florida Bar No. 105352
  Email:
joseph.magrisso@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL  33131-3075
Telephone:  305.415.3303
eFacsimile:  877.432.9652

*Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on April 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark E. Zelek*
Mark E. Zelek

## SERVICE LIST

Donald E. Pinaud, Jr.
All Florida Justice, LLC
Law Office of Don Pinaud
4495-304 Roosevelt Blvd., #202
Jacksonville, FL, 32210
(904) 552-5500
(904) 398-1568 – Fax
Don@AllFloridaJustice.com

*Counsel for Plaintiff*